USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Darin Poole | 11-cv-00921-JFB |
| DEFENDANT | TYPE OF PROCESS |
| NY State et al | S & C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NY State Division of Parole
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
97 Central Avenue       Albany, NY 12206

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Darin Poole
08-R-3022
32 Lewis Street
Nagatuck, CN 06770

FILED IN CLERK'S OFFICE DISTRICT COURT E D N Y
★ JUN 10 2011 ★
LONG ISLAND OFFICE

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney or Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (631) 712-6010
DATE: 5/10/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk: Sharon DePhillips | Date 5/13/11 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 6/2/11    Time 9:00  [X] am  [ ] pm

Signature of U.S. Marshal or Deputy: Sharon DePhillips

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $0 | | | $8 | | $0.00 |

REMARKS: Mail out today 5/13/11

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Case 2:11-cv-00921-JFB-AKT Document 15 Filed 06/10/11 Page 2 of 7 PageID #: 45

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

U.S. Department of Justice
United States Marshals Service

COPY 1



## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
EASTERN District of NEW YORK

TO: NY STATE DIVISION OF PAROLE
97 CENTRAL AVENUE
ALBANY NY 12224

Civil Action, File Number 11-921

DARIN POOLE
v.
NY STATE ET AL

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within   days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

05/13/2011
Date of Signature

Sharon DePhillips
Signature (USMS Official)

Digitally signed by Sharon DePhillips
DN: cn=Sharon DePhillips, o=USMS, ou=EDNY,
email=Sharon.DePhillips@usdoj.gov, c=US
Date: 2011.05.13 13:23:17 -04'00'

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

97 Central Avenue
Street Number and Street Name or P.O. Box No.

Albany, NY 12206
City, State and Zip Code

[signature]
Signature

Assistant Counsel
Relationship to Entity/Authority to Receive

Service of Process

5/20/11
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Darin Poole | 11-cv-00921-JFB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| NY State et al | S & C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Parole Officer Hubbard
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
250 Fulton Street Hempstead, NY 11550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Darin Poole
08-R-3022
32 Lewis Street
Nagatuck, CN 06770

FILED IN CLERK'S OFFICE DISTRICT COURT E D N Y ★ JUN 10 2011 ★ LONG ISLAND OFFICE

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (631) 712-6010
DATE: 5/10/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk Sharon DePhillips | Date 5/13/11 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/2/11  Time: 10:00 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Sharon DePhillips

| Service Fee $8 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges $8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

COPY 1

U.S. Department of Justice
United States Marshals Service 

NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
EASTERN District of NEW YORK

DIVISION OF PAROLE
RECEIVED
MAY 17 2011

TO: PAROLE OFFICER HUBBARD
Nassau Area Office
250 FULTON STREET
HEMPSTEAD, NY 11550

Civil Action, File Number 11-921

DARIN POOLE
v.
NY STATE ET AL

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

05/13/2011
Date of Signature

Sharon DePhillips
Signature (USMS Official)

Digitally signed by Sharon DePhillips
DN: cn=Sharon DePhillips, o=USMS, ou=EDNY,
email=Sharon.DePhillips@usdoj.gov, c=US
Date: 2011.05.13 13:23:17 -04'00'

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

250 Fulton Ave
Street Number and Street Name or P.O. Box No.

Hempstead NY 11550
City, State and Zip Code

T. Hubbard
Signature

Parole Officer
Relationship to Entity/Authority to Receive

Hand delivered
Service of Process

5/20/11
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"



| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Darin Poole | 11-cv-00921-JFB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| NY State et al | S & C |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Maragret Jennette
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
102 Ledgeside Avenue    Waterbury, CT 06708

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Darin Poole
08-R-3022
32 Lewis Street
Nagatuck, CN 06770

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★ JUN 10 2011 ★
LONG ISLAND OFFICE

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (631) 712-6010
DATE: 5/10/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk Sharon DePhillips | Date 5/13/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 6/8/11    Time 10:00 ☐ am ☐ pm

Signature of U.S. Marshal or Deputy
Sharon DePhillips

| Service Fee $8 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: Mail out today 5/13/11

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Fill out form and print 4 copies. Sign and date all copies and route as specified below.

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL
United States District Court
for the
EASTERN District of NEW YORK

TO: MARAGRET JENNETTE
102 LEDGESIDE AVENUE
WATERBURY, CT 06708

Civil Action, File Number 11-921

DARIN POOLE
v.
NY STATE ET AL

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and State law.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within 30 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

05/13/2011
Date of Signature

Sharon DePhillips
Signature (USMS Official)

Digitally signed by Sharon DePhillips
DN: cn=Sharon DePhillips, o=USMS, ou=EDNY,
email=Sharon.DePhillips@usdoj.gov, c=US
Date: 2011.05.13 13:23:17 -04'00'

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

Street Number and Street Name or P.O. Box No.

Relationship to Entity/Authority to Receive

City, State and Zip Code

Service of Process

Signature

Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 05/10
Automated 10/03

# Department of Justice
## United States Marshals Service Headquarters
### Eastern District of New York

225 Cadman Plaza E, Suite G20
Brooklyn, NY 11201-1818

Official Business
Penalty for Private Use $300





